### JANUARY 29, 1942

**No. 46915.——**————Protests 24007–K, etc., of American Ecla Corp. C. D. 574. Motion of plaintiff for rehearing granted.

### BEFORE THE FIRST DIVISION, FEBRUARY 4, 1942

**No. 46916.——**Protest 56665–K of Strauss-Eckardt Co., Inc. (Boston).

Opinion by OLIVER, P. J. In view of the stipulation of counsel and by virtue of T. D. 50277 (1) the tablecloths and napkins in question were held dutiable at 30 percent under paragraph 911 (b) as claimed.

### BEFORE THE SECOND DIVISION, FEBRUARY 4, 1942

**No. 46917.——**Protests 50837–K–90068, etc., of Stern McGivney & Co. (Chicago).

Opinion by TILSON, J. In view of stipulation of counsel that certain items consist of knotted sisal hats the same as those involved in Abstract 46497 the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.